Thomas W. Rumpke, Bar No. 6-2974
Wyoming Local Government Liability Pool
6844 Yellowtail Road
Cheyenne, Wyoming 82009
trumpke@lglp.net
Attorney for Elsie Reynolds
in her individual and official capacities

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| RANDALL THOMAS BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 25-cv-00257-ABJ |
| ELSIE REYNOLDS, in her individual ) | |
| and official capacity as Platte County Detention ) | |
| Center Nurse, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S ANSWER TO AMENDED COMPLAINT
AND AFFIRMATIVE DEFENSES**

**COME NOW** the Defendant, Elsie Reynolds, by and through their counsel, and hereby submit the following Answer and Affirmative Defenses in Response to Plaintiff's Complaint,

Defendant denies that she has ignored requests for medical attention and treatment (Page 21 of Complaint (ECF 1)).

Defendant denies that she has refused to document alleged injuries sustained after a physical assault or injuries that resulted from physical restraints during transport and a court hearing (Page 21 of Complaint (ECF 1)).

Defendant denies that she refused to provide treatment for several days and avers that proper medical treatment was timely provided (Page 23 of Complaint (ECF 1)).

Defendant denies that she refused to provide medical care and treatment (Pages 27-28 of Complaint (ECF 1)).

Defendant denies that Plaintiff is entitled to recover any damages based upon any acts, errors, or omissions, allegedly made by this Defendant (Page 35 of Complaint (ECF 1)).

Defendant is without sufficient information to admit or deny any allegation not specifically admitted herein, and therefore denies the same.

## **AFFIRMATIVE DEFENSES**

A. As a further and separate defense to the Plaintiff's Complaint, the Defendant asserts that the pleading fails to state a claim upon which relief can be granted.

B. To the extent Plaintiff's Complaint is construed to assert any claims under State law, the Defendant asserts that it is entitled to Governmental immunity under the Wyoming Governmental Claims Act and Plaintiff has failed to properly submit a claim under that Act.

C. As a further and separate defense to the Plaintiff's Complaint, Defendant asserts that to the extent Plaintiff's claims include any state law claims, any damages must be reduced under the Wyoming Comparative Fault statute.

D. As a further and separate defense to the Plaintiff's Complaint, the Defendant asserts that the Plaintiff is estopped by his conduct to assert any of the claims or causes of actions asserted therein.

E. As a further and separate defense to the Plaintiff's Complaint, the Defendant asserts that any county employee conduct was not the proximate cause of any of the alleged injuries or damages suffered by the Plaintiff.

F. As a further and separate defense to the Plaintiff's Complaint, the Defendant asserts that every action undertaken by the individual defendants was taken in good faith, and based upon good cause, legitimate reasons, and was consistent with and authorized by law, necessity, and privileged.

    G.    Plaintiff has failed to mitigate his damages.

    H.    As a further and separate defense to the Plaintiff's Complaint, the Defendant asserts that one or more of the Plaintiff's causes of action are barred by being contrary to public policy.

    I.    As a further and separate defense to the Plaintiff's Complaint, the Defendant asserts that the relief requested is inappropriate, improper, and contrary to law.

    J.    To the extent Plaintiffs Amended Complaint is construed to assert any claims under State law, Defendants are immune from punitive or exemplary damages, interest, or awards of attorney's fees pursuant to Wyo. Stat. Ann. § 1-39-118(d).

    K.    Defendant asserts that Plaintiff's claims for punitive damages violate the Eighth and Fourteenth Amendments to the United States Constitution and are barred as a matter of fact and law.

    L.    Defendant asserts that Plaintiff has alleged no facts that give rise to a claim for punitive damages.

    M.    Defendant asserts that Plaintiff failed to exhaust his administrative remedies.

    N.    Defendant asserts that she is entitled to qualified immunity and State and Federal law.

    O.    Defendant respectfully reserves the right to serve further or additional affirmative defenses to the Plaintiff's claims as further investigation and discovery warrant.

**WHEREFORE**, Defendant respectfully requests that this Plaintiff take nothing by way of their Complaint and that judgment be granted in Defendant's favor.

**DATED** this 6th day of January, 2026.

/s/ *Thomas W. Rumpke*
Thomas W. Rumpke, Bar No. 6-2974
Wyoming Local Government Liability Pool
6844 Yellowtail Road
Cheyenne, Wyoming 82009
(307) 638-1901 - Telephone
(307) 638-6211 - Facsimile
trumpke@lglp.net

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 6th day of January, 2026, a true and correct copy of the forgoing was served as indicated below:

Randall T. Bailey
Inmate #96875                            [X] Regular Mail
Platte County Detention Center
850 W. Maple St.
Wheatland, WY 82201


/s/ *Elizabeth A. Harris*
Elizabeth A. Harris
Wyoming Local Government Liability Pool