**FILED**



**10:06 am, 5/13/26**

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

RANDALL BAILEY

                    Plaintiff,

vs.                                              Case Number:  25-CV-257-ABJ

SARA ELIZABETH LARSON, et al

                    Defendant.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 05/13/2026    Time: 9:30 am- 9:58 am

| Alan B. Johnson | Heather Casey | Melanie Sonntag | Julianne Gern |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)     Pro Se

Attorney(s) for Defendant(s)     Thomas William Rumpke

Other:

This conference held via Zoom.
Counsel Thomas Rumpke and Pro Se Plaintiff Randall Bailey present for conference.
The court heard from both Thomas Rumpke and Thomas Bailey.
Discussed the case and a coming motion and paperwork that the Plaintiff has mailed in to the Court.

WY 51                                                                    Rev. 3/18/2026