Thomas W. Rumpke, Bar No. 6-2974
Wyoming Local Government Liability Pool
6844 Yellowtail Road
Cheyenne, Wyoming 82009
trumpke@lglp.net
Attorney for Elsie Reynolds
in her individual and official capacities

**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| RANDALL THOMAS BAILEY,<br><br>Plaintiff,<br>v.<br><br>ELSIE REYNOLDS, in her individual and official capacity as Platte County Detention Center Nurse,<br><br>Defendant. | Case No. 2:25-cv-00257-ABJ |

**DEFENDANT'S MOTION TO ALLOW DEPOSITION BY REMOTE MEANS PURSUANT TO FED. R. CIV. P. 30(b)(4)**

**COMES NOW** the Defendant, Elsie Reynolds, and moves this Court for an Order allowing Defendant to depose Plaintiff by remote means. In support thereof, Defendant submits the following:

1. Plaintiff is currently incarcerated at the Park County Detention Center awaiting sentencing on his State court conviction, Case No. CR2024-0221

2. The Court granted Defendant leave to depose at the Park County Detention Center on September 10 or 17, 2026. (ECF 22).

3. Defendant served written discovery on the Plaintiff and is awaiting the responses before deposing Plaintiff. Responses are due September 3, 2026.

4. Defendant noticed this matter for deposition on August 25, 2026.

5. When the Defendant was finally able to locate a court reporter, the only court reporter available needs to appear by remote means.

6. Therefore, Defendant seeks a new order allowing her to depose Plaintiff using remote means. In particular, Defendant seeks an Order that the court reporter, and defense counsel, may attend the deposition by remote means.

7. Under U.S.D.C.L.R. 7.1(b)(1)(A), undersigned counsel is not required to confer with other parties since Plaintiff represents himself. However, Plaintiff will not be prejudiced by the court reporter, or counsel, appearing remotely.

**WHEREFORE**, for the reasons set forth above, Defendants ask this Court to allow Defendant to conduct this deposition via remote means pursuant to Fed. R. Civ. P. 30(b)(4).

**DATED** this 3rd day of September, 2026.

/s/ *Thomas W. Rumpke*
Thomas W. Rumpke, Bar No. 6-2974
Wyoming Local Government Liability Pool
6844 Yellowtail Road
Cheyenne, WY 82009
(307) 638-1911
trumpke@lglp.net

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 3rd day of September, 2026, a true and correct copy of the forgoing was served as indicated below:

Randall T. Bailey
Park County Detention Center
1402 Riverview Drive
Cody, WY 82414

[X] Regular Mail

*/s/ Elizabeth A. Harris*
Elizabeth A. Harris
Wyoming Local Government Liability Pool