Thomas W. Rumpke [Wyo. State Bar No.6-2974]
Wyoming Local Government Liability Pool
6844 Yellowtail Road
Cheyenne, Wyoming 82009
(307) 638-1911
(307) 638-6211 Facsimile
trumpke@lglp.net

Attorney for Elsie Reynolds, in her individual and official capacities

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| RANDALL THOMAS BAILEY,<br><br>Plaintiff,<br>v.<br><br>ELSIE REYNOLDS, in her individual and official capacity as Platte County Detention Center Nurse,<br><br>Defendant. | ) | Civil No. 25-CV-00257-ABJ |

## DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERT WITNESSES

**COMES NOW** the Defendant, Elsie Reynolds, and moves this Court for leave to extend the deadline to designate expert witnesses. In support thereof, Defendant submits the following:

1. Although the Court ordered Plaintiff to respond to Defendant's discovery requests by October 16, 2026, Plaintiff has not responded to Defendant's written discovery requests. (*See,* ECF 28 at 1).

2. This includes Plaintiff not admitting whether he began receiving Valtrex for his alleged case of shingles. (ECF 33 at 2).

3. Also, Plaintiff would not admit during his deposition that he began receiving Valtrex on or about July 7, 2025. (*Id.*).

4. As such, it is necessary to obtain Plaintiff's medical records and share them with Nurse Reynolds' expert.

5. On September 29, 2026, Nurse Reynolds filed a motion for a protective order allowing her to (a) obtain Plaintiff's medical records, and (b) speak to his health care providers without the need to incur the expense of a deposition. (*See*, ECF 31).

6. Plaintiff has not responded to this motion.

7. That motion remains pending.

8. Nurse Reynolds' expert designation is currently due November 27, 2206. (ECF 34).

9. Since Nurse Reynolds has not received permission to either (a) share Plaintiff's medical records with her expert, nor (b) talk to his providers (if they are willing), Nurse Reynolds has not been able to provide this information to her potential expert including any information she may receive from Plaintiff's providers as to Plaintiff actually receiving Valtrex as well as the reasonableness of his other medical care.

10. Currently, it is unlikely Nurse Reynolds will be able to provide this information to her potential expert in advance of her current expert witness designation deadline (November 27, 2026).

11. Therefore, Nurse Reynold requests a three (3) week extension until December 18, 2026, to disclose her expert witness on the reasonableness of providing Valtrex and Ibuprofen for an alleged case of shingles as well as any other applicable opinions regarding the reasonableness of the care provided by Nurse Reynolds.

12. This extension would necessitate moving the Plaintiff's expert designation (currently set for December 4, 2026, although Plaintiff has represented he does not intend to designate any experts) as well as the discovery cutoff (currently set for January 8, 2027).

13. However, undersigned does not see to have the dispositive motion deadline (February 5, 2027) extended so the Court will be able to maintain its dispositive motion briefing schedule and hearing (March 19, 2027).

14. Under U.S.D.C.L.R. 7.1(b)(1)(A), undersigned counsel is not required to confer with other parties since Plaintiff represents himself.

**WHEREFORE**, for the reasons set forth above, Defendants ask this Court to allow Defendant until December 18, 2026, to designate her expert witnesses.

**DATED** this 13th day of November, 2026.

*/s/ Thomas W. Rumpke*
Thomas W. Rumpke

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 13th day of November, 2026 a true and correct copy of the forgoing was served as indicated below:

Randall T. Bailey
Scottsbluff County Detention Center
2522 7th Street
Gering, NE 69341

[✓] Regular Mail

*/s/MaryBeth Oatsvall*
MaryBeth Oatsvall
Wyoming Local Government Liability Pool